**NORTON ROSE FULBRIGHT US LLP**
Mayling C. Blanco
(NJ Bar # 4695987)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
mayling.blanco@nortonrosefulbright.com

*Attorneys for Defendant*
*Summit Health Management LLC*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re CityMD Data Privacy Litigation | Case No. 2:24-cv-06972-JXN-CF<br><br>Hon. Julien X. Neals, U.S.D.J.<br><br>Motion Return Date: December 1, 2025<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**DEFENDANT SUMMIT HEALTH MANAGEMENT'S NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

To:

Joseph J. DePalma
Catherine B. Derenze
Lite DePalma Greenberg & Afanador, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Email: jdepalma@litedepalma.com
cderenze@litedepalma.com

Stefanie Colella-Walsh*
Stark & Stark, PC
100 American Blvd
Hamilton, NJ 08619
Telephone: (609) 895-9060
Email: scoelellawalsh@stark-stark.com

Jennifer Czeisler
Edward Ciolko
Arturo Peña Miranda
Sterlington PLLC
One World Trade Center, 85th Floor
New York, NY 10007
Telephone
Email: jen.czeisler@sterlingtonlaw.com
ed.ciolko@sterlingtonlaw.com
arturo.pena@sterlingtonlaw.com

*Interim Lead Co-Lead Class Counsel*
* *pro hac vice forthcoming*

**PLEASE TAKE NOTICE** that on December 1, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Summit Health Management LLC ("Summit Health Management") by and through its counsel, Norton Rose Fulbright US LLP, shall move before the Honorable Julien X. Neals at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an order granting Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Defendant shall rely on the accompanying Memorandum of Law, and the Declaration of Mayling C. Blanco with Exhibits A and B.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

*Signature Page to Follow*

Dated: November 5, 2025

**NORTON ROSE FULBRIGHT US LLP**

By: *_/s/ Mayling C. Blanco____________*
Mayling C. Blanco
(NJ Bar #4695987)
1301 Avenue of the Americas New
York, NY 10019-6022
Telephone: (212) 318-3000
Email: mayling.blanco@nortonrosefulbright.com

Yvonne Puig,
98 San Jacinto Boulevard,
Suite 1100,
Austin, TX 7870
Telephone: (512) 536 2450
Email: yvonne.puig@nortonrosefulbright.com

Jeffrey Margulies,
Yi (Eva) Yang,
555 South Flower Street,
Forty-First Floor,
Los Angeles, CA 90071
Telephone: (213) 892 9311
Email: jeffrey.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

*Attorneys for Defendant,*
*Summit Health Management, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system alongside the following:

- Brief in Support of Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6)
- Declaration of Mayling C. Blanco in Support of Defendant's Motion to Dismiss and Exhibits A and B thereto
- [Proposed] Order Granting Motion to Dismiss

Dated: November 5, 2025

By: *_/s/ Mayling C. Blanco_*
Mayling C. Blanco