**NORTON ROSE FULBRIGHT US LLP**
Mayling C. Blanco
(NJ Bar # 4695987)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 8318-3340
Facsimile: (212) 318 3400
mayling.blanco@nortonrosefulbright.com

*Attorneys for Defendant*
*Summit Health Management, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

*In re CityMD Data Privacy Litigation*

Case No. 2:24-cv-06972-JXN-CF

Hon. Julien X. Neals, U.S.D.J.

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL**

Defendant Summit Health Management, LLC hereby answers plaintiffs V.A., T.G., and Sofiya Anisimova's Amended Class Action Complaint ("ACAC") as follows.

## NATURE OF THE ACTION

1. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 1, and therefore denies them.

2. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 2, and therefore denies them.

3. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 3, and therefore denies them.

4. Defendant admits that it supports medical practices doing business as "CityMD." Defendant otherwise denies the allegations in paragraph 4.

5. Defendant admits that plaintiffs brought this class action lawsuit. Defendant denies the remaining allegations in paragraph 5.

6. Defendant admits that it supports online properties including the website at www.citymd.com and the integrated appointment-scheduling application formerly accessible at app.summithealth.com. Defendant otherwise denies the allegations in paragraph 6.

7. Defendant admits that its website is accessible on mobile devices and desktop computers and allow patients to schedule appointments, access medical information, and make bill payments. Defendant otherwise denies the allegations in paragraph 7.

8. To the extent that plaintiffs purport to characterize or plead the contents of any statement or representation referenced in paragraph 8, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 8.

9. Defendant denies the allegations in paragraph 9.

10. Defendant admits that the Meta Pixel and Google Analytics were installed on its website. Defendant otherwise denies the allegations in paragraph 10.

11. Defendant denies the allegations in paragraph 11.

12. Defendant denies the allegations in paragraph 12.

13. Defendant denies the allegations in paragraph 13. Defendant specifically denies that Private Information was unlawfully disclosed to any third party as alleged.

14. Defendant denies the allegations in paragraph 14.

15. Defendant denies the allegations in paragraph 15.

16. Defendant denies the allegations in paragraph 16.

17. Defendant denies the allegations in paragraph 17.

18. Defendant denies the allegations in paragraph 18.

19. Defendant lacks sufficient knowledge as to what plaintiffs and Class Members submitted or searched for on defendant's website and therefore denies those allegations. Defendant otherwise denies the allegations in this paragraph.

20. Defendant denies the allegations in paragraph 20.

21. Paragraph 21 contains legal conclusions to which no response is required. To the extent that plaintiffs purport to characterize or plead the contents of any regulatory document referenced in paragraph 21, those documents speak for themselves. To the extent a further response is required, defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 21 and therefore denies them. Defendant otherwise denies the allegations in paragraph 21.

22. Defendant lacks sufficient knowledge or information to form a belief as to the expectations or experiences of plaintiffs and Class Members and therefore denies those allegations. Defendant otherwise denies the allegations in paragraph 22.

23. To the extent that plaintiffs purport to characterize or plead the contents of any judicial decision referenced in paragraph 23, that document speaks for itself. Defendant denies any characterization inconsistent with its full text.

24. Defendant denies the allegations in paragraph 24.

25. Defendant denies the allegations in paragraph 25.

26. To the extent that plaintiffs purport to characterize or plead the contents of any warnings from federal regulators or FTC enforcement actions referenced in paragraph 26, those documents speak for themselves. Defendant denies any characterization inconsistent with their full text. Defendant otherwise denies the allegations in paragraph 26.

27. Defendant denies the allegations in paragraph 27, including any characterization of Defendant's motives or practices.

28. Paragraph 28 states legal conclusions to which no response is required. Defendant otherwise denies the allegations in paragraph 28.

29. Defendant denies the allegations in paragraph 29.

30. Paragraph 30 is a statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 30.

31. Defendant denies the allegations in paragraph 31.

32. Defendant denies the allegations in paragraph 32.

33. Paragraph 33 is a statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 33.

## PARTIES

34. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 34 as to where plaintiff V.A. resides, and therefore denies them.

35. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 35 as to where plaintiff T.G. resides, and therefore denies them.

36. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 36 as to where plaintiff Sofiya Anisimova resides, and therefore denies them.

37. Defendant admits the allegations in paragraph 37.

## JURISDICTION AND VENUE

38. Paragraph 38 contains legal conclusions to which no response is required.

39. Paragraph 39 contains legal conclusions to which no response is required.

40. Paragraph 40 contains legal conclusions to which no response is required.

41. Paragraph 41 contains legal conclusions to which no response is required.

## COMMON FACTUAL ALLEGATIONS

### A. Federal Regulators Make Clear that the Use of Tracking Technologies to Collect & Divulge Private Information Without Informed Consent is Illegal

42. To the extent that plaintiffs purport to characterize or plead the contents of any statements made by the FTC or OCR, as referenced in paragraph 42, such documents speaks for themselves. Defendant denies any characterization inconsistent with their full text. Defendant otherwise denies the allegations in paragraph 42.

43. To the extent that plaintiffs purport to characterize or plead the contents of any FTC bulletin referenced in paragraph 43, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant also notes that the guidance referenced in the

Complaint has been taken down from the FTC's website. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 43 regarding the characterizations of third-party enforcement actions in this paragraph, and therefore denies them.

44. [Erroneously numbered paragraph 41 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any FTC statement referenced in paragraph 44, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant also notes that the guidance referenced in the Complaint has been taken down from the FTC's website. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 44 regarding the characterizations of third-party enforcement actions in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 44.

45. [Erroneously numbered paragraph 42 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations concerning third-party FTC settlements and enforcement actions referenced in paragraph 45, and therefore denies them. To the extent that plaintiffs purport to characterize or plead the contents of any specific documents or orders referenced in paragraph 45, those documents speak for themselves. Defendant denies any characterization inconsistent with their full text. Defendant otherwise denies the allegations in paragraph 45.

46. [Erroneously numbered paragraph 43 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations concerning the federal regulators' letter referenced in paragraph 46, and therefore denies them. To the extent that plaintiffs purport to characterize or plead the contents of any specific document referenced in paragraph

46, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant denies the remaining allegations in paragraph 46.

47. [Erroneously numbered paragraph 44 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any OCR bulletin referenced in paragraph 47, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant notes that the referenced OCR bulletin has been vacated and overturned. *Am. Hosp. Ass'n v. Becerra*, 738 F. Supp. 3d 780 (N.D. Tex. 2024). Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 47 regarding the characterizations of third-party conduct in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 47.

48. [Erroneously numbered paragraph 45 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any OCR bulletin referenced in paragraph 48, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant notes that the referenced OCR bulletin has been vacated and overturned. *Becerra*, 738 F. Supp. 3d 780. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 48 regarding the characterizations of third-party conduct in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 48.

49. [Erroneously numbered paragraph 46 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 49 regarding the investigative reports referenced in this paragraph, and therefore denies them.

50. [Erroneously numbered paragraph 47 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 50 regarding the third-party report referenced in this paragraph, and therefore denies them.

51. [Erroneously numbered paragraph 48 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 51 regarding the third-party investigation and report referenced in this paragraph, and therefore denies them.

52. [Erroneously numbered paragraph 49 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 52 regarding the tracking practices of third-party telehealth sites referenced in this paragraph, and therefore denies them.

53. [Erroneously numbered paragraph 50 in the ACAC] Defendant admits that it used the Meta Pixel and Google Analytics on its online properties. Defendant otherwise denies the allegations in paragraph 53.

## B. Defendant Health Installed Facebook, Google, LinkedIn and Microsoft Trackers to Collect Patients' PII and PHI on the CityMD Online Properties

***Facebook Tracking Tools***

54. [Erroneously numbered paragraph 51 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 54 as to Facebook's revenue or business operations and therefore denies them. Defendant otherwise denies the allegations in this paragraph.

55. [Erroneously numbered paragraph 52 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Facebook statement or documentation referenced in paragraph 55, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief

as to the truth of the remaining allegations in paragraph 55 and therefore denies them. Defendant otherwise denies the allegations in paragraph 55.

56. [Erroneously numbered paragraph 53 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 56 regarding Facebook's advertising practices, user surveillance, or data compilation methods, and therefore denies them. Defendant otherwise denies the allegations in paragraph 56.

57. [Erroneously numbered paragraph 54 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Facebook documentation referenced in paragraph 57, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 57 regarding Facebook's Custom Audiences, Lookalike Audiences, or Business Tools and therefore denies them. Defendant otherwise denies the allegations in paragraph 57.

58. [Erroneously numbered paragraph 55 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 58 regarding Facebook's promotion of its Business Tools, and therefore denies them.

59. [Erroneously numbered paragraph 56 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 59 regarding the functionality of Facebook's Business Tools, including the Meta Pixel and Conversions API, as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 59.

60. [Erroneously numbered paragraph 57 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Facebook documentation referenced in

paragraph 60, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 60 regarding the specific functionality of the Pixel as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 60.

61. [Erroneously numbered paragraph 58 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Facebook documentation referenced in paragraph 61, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 61 regarding the scope of the Meta Pixel's tracking capabilities as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 61.

62. [Erroneously numbered paragraph 59 in the ACAC] Defendant denies the allegations in paragraph 62.

63. [Erroneously numbered paragraph 60 in the ACAC] Defendant denies the allegations in paragraph 63.

64. [Erroneously numbered paragraph 61 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Facebook documentation referenced in paragraph 64, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 64 regarding Facebook's Pixel setup process as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 64.

65. [Erroneously numbered paragraph 62 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Facebook Business Tools Terms referenced in paragraph 65, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 65 regarding the specific representations and warranties required by Facebook's Business Tools Terms as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 65.

66. [Erroneously numbered paragraph 63 in the ACAC] Defendant denies the allegations in paragraph 66.

67. [Erroneously numbered paragraph 64 in the ACAC] Defendant denies the allegations in paragraph 67.

***Google Tracking tools***

68. [Erroneously numbered paragraph 65 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 68 regarding Alphabet Inc.'s or Google's revenue sources or business operations, and therefore denies them. Defendant otherwise denies the allegations in paragraph 68.

69. [Erroneously numbered paragraph 66 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 69 regarding the design or functionality of Google Source Code as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 69.

70. [Erroneously numbered paragraph 67 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 70 regarding the format, functionality, or operation of Google Source Code as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 70.

71. [Erroneously numbered paragraph 68 in the ACAC] Defendant denies the allegations in paragraph 71.

72. [Erroneously numbered paragraph 69 in the ACAC] Defendant denies the allegations in paragraph 72.

73. [Erroneously numbered paragraph 70 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Google Analytics developer website documentation referenced in paragraph 73, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 73 regarding the functionality, purposes, or marketing of Google Analytics as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 73.

74. [Erroneously numbered paragraph 71 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 74 regarding the specific operation of Google Source Code as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 74.

75. [Erroneously numbered paragraph 72 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Google Analytics developer website documentation referenced in paragraph 75, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 75 regarding the specific data options available through Google Analytics as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 75.

76. [Erroneously numbered paragraph 73 in the ACAC] Defendant denies the allegations in paragraph 76.

77. [Erroneously numbered paragraph 74 in the ACAC] Defendant denies the allegations in paragraph 77.

78. [Erroneously numbered paragraph 75 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 78 regarding Google's use of personal identifiers, including the "cid," as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 78.

79. [Erroneously numbered paragraph 76 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 79 regarding Google's use of DoubleClick cookies as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 79.

80. [Erroneously numbered paragraph 77 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 80 regarding Google's ability to create digital fingerprints or link web activity to users as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 80.

81. [Erroneously numbered paragraph 78 in the ACAC] Paragraph 81 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 81.

82. [Erroneously numbered paragraph 79 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 82 regarding Google's use of information for personalized advertising as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 82.

83. [Erroneously numbered paragraph 80 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 83 regarding Google Analytics' Audience Targeting feature or Google's advertising practices as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 83.

84. [Erroneously numbered paragraph 81 in the ACAC] Defendant denies the allegations in paragraph 84.

***LinkedIn Tracking Tools***

85. [Erroneously numbered paragraph 82 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any LinkedIn statement or documentation referenced in paragraph 85, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 85 regarding LinkedIn's membership or operations, and therefore denies them. Defendant otherwise denies the allegations in paragraph 85.

86. [Erroneously numbered paragraph 83 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any LinkedIn documentation referenced in paragraph 86, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 86 regarding LinkedIn's advertising capabilities or marketing practices, and therefore denies them. Defendant otherwise denies the allegations in paragraph 86.

87. [Erroneously numbered paragraph 84 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 87 regarding LinkedIn's proprietary software, including the LinkedIn Insight Tag, and therefore denies them. Defendant otherwise denies the allegations in paragraph 87.

88. [Erroneously numbered paragraph 85 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any LinkedIn documentation referenced in paragraph 88, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 88 regarding the functionality of the LinkedIn Insight Tag as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 88.

89. [Erroneously numbered paragraph 86 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any LinkedIn statement referenced in paragraph 89, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 89 regarding LinkedIn's advertising targeting practices, and therefore denies them. Defendant otherwise denies the allegations in paragraph 89.

90. [Erroneously numbered paragraph 87 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any LinkedIn documentation referenced in paragraph 90, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 90 regarding LinkedIn's Marketing Solutions services or targeting practices, and therefore denies them. Defendant otherwise denies the allegations in paragraph 90.

91. [Erroneously numbered paragraph 88 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 91 regarding LinkedIn's marketing tools, including Ad Targeting, Matched Audiences, Audience

Expansion, and LinkedIn Audience Network, and therefore denies them. Defendant otherwise denies the allegations in paragraph 91.

92. [Erroneously numbered paragraph 89 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 92 and therefore denies the allegations in paragraph 92.

93. [Erroneously numbered paragraph 90 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any LinkedIn documentation referenced in paragraph 93, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 93 regarding the capabilities of the LinkedIn Insight Tag as described, and therefore denies them.

94. [Erroneously numbered paragraph 91 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any LinkedIn documentation referenced in paragraph 94, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 94 regarding the LinkedIn Insight Tag's ability to track users when third-party cookies are blocked, and therefore denies them. Defendant otherwise denies the allegations in paragraph 94.

95. [Erroneously numbered paragraph 92 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 95 regarding the operation of the LinkedIn Insight Tag as a first-party cookie as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 95.

96. [Erroneously numbered paragraph 93 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 96 regarding the HTTP requests or cookie transmissions described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 96.

97. [Erroneously numbered paragraph 94 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 97 regarding the data collected via LinkedIn cookies as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 97.

98. [Erroneously numbered paragraph 95 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 98 regarding LinkedIn cookies and therefore denies them. Defendant otherwise denies the allegations in paragraph 98.

99. [Erroneously numbered paragraph 96 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 99 regarding LinkedIn's use of the "li_sugr" or "lms_ads" cookies as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 99.

100. [Erroneously numbered paragraph 97 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 100 regarding the contents of LinkedIn profiles or LinkedIn's advertising targeting practices as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 100.

101. [Erroneously numbered paragraph 98 in the ACAC] Defendant denies the allegations in paragraph 101.

***Microsoft Universal Event Tracking (Bing)***

102. [Erroneously numbered paragraph 99 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 102 regarding the functionality of Microsoft's Universal Event Tracking as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 102.

103. [Erroneously numbered paragraph 100 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Microsoft documentation referenced in paragraph 103, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 103 regarding the functionality of Microsoft's UET tag as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 103.

104. [Erroneously numbered paragraph 101 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Microsoft documentation referenced in paragraph 104, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 104, and therefore denies them. Defendant otherwise denies the allegations in paragraph 104.

105. [Erroneously numbered paragraph 102 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Microsoft documentation referenced in paragraph 105, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 105 regarding the functionality of Microsoft's MUID cookie or other

persistent identifiers, as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 105.

106. [Erroneously numbered paragraph 103 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Microsoft documentation referenced in paragraph 106, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 106 regarding the MUID cookie's synchronization or supercookie characteristics, as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 106.

107. [Erroneously numbered paragraph 104 in the ACAC] Defendant denies the allegations in paragraph 107.

**C. CityMD Assisted Unauthorized Third Parties in Intercepting Patients' Communications with its Online Properties and Disclosed Their Private Information to Unauthorized Third Parties.**

108. [Erroneously numbered paragraph 105 in the ACAC] Defendant denies the allegations in paragraph 108.

109. [Erroneously numbered paragraph 106 in the ACAC] Defendant denies the allegations in paragraph 109.

110. [Erroneously numbered paragraph 107 in the ACAC] Defendant admits that it has installed the Meta Pixel and Google Analytics. Defendant otherwise denies the allegations in paragraph 110.

111. [Erroneously numbered paragraph 108 in the ACAC] Defendant denies the allegations in paragraph 111.

112. [Erroneously numbered paragraph 109 in the ACAC] Defendant denies the allegations in paragraph 112.

113. [Erroneously numbered paragraph 110 in the ACAC] Defendant denies the allegations in paragraph 113.

114. [Erroneously numbered paragraph 111 in the ACAC] Defendant denies the allegations in paragraph 114.

115. [Erroneously numbered paragraph 112 in the ACAC] Defendant denies the allegations in paragraph 115.

116. [Erroneously numbered paragraph 113 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any OCR bulletin referenced in paragraph 116, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant notes that the referenced OCR bulletin has been vacated and overturned. *Becerra*, 738 F. Supp. 3d 780. Paragraph 116 also contains legal conclusions to which no response is required. To the extent a further response is required, defendant denies the allegations in paragraph 116.

117. [Erroneously numbered paragraph 114 in the ACAC] Defendant denies the allegations in paragraph 117.

118. [Erroneously numbered paragraph 115 in the ACAC] Defendant denies the allegations in paragraph 118.

119. [Erroneously numbered paragraph 116 in the ACAC] Defendant denies the allegations in paragraph 119.

120. [Erroneously numbered paragraph 117 in the ACAC] Defendant denies the allegations in paragraph 120.

121. [Erroneously numbered paragraph 118 in the ACAC] Defendant denies the allegations in paragraph 121.

122. [Erroneously numbered paragraph 119 in the ACAC] Defendant denies the allegations in paragraph 122.

**D. Underlying Web Technology.**

123. [Erroneously numbered paragraph 120 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 123 regarding the technical description of web browsers in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 123.

124. [Erroneously numbered paragraph 121 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 124 regarding the specific nature of electronic communications between patients' web browsers and defendant's servers as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 124.

125. [Erroneously numbered paragraph 122 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 125 regarding the number or nature of HTTP Requests and HTTP Responses in a browsing session as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 125.

126. [Erroneously numbered paragraph 123 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 126 regarding the specific technical description of HTTP Requests and HTTP Responses in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 126.

127. [Erroneously numbered paragraph 124 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 127

regarding the technical description of source code in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 127.

128. [Erroneously numbered paragraph 125 in the ACAC] Defendant denies the allegations in paragraph 128.

129. [Erroneously numbered paragraph 126 in the ACAC] Defendant denies the allegations in paragraph 129.

130. [Erroneously numbered paragraph 127 in the ACAC] Defendant denies the allegations in paragraph 130.

131. [Erroneously numbered paragraph 128 in the ACAC] Defendant denies the allegations in paragraph 131.

132. [Erroneously numbered paragraph 129 in the ACAC] Defendant denies the allegations in paragraph 132.

133. [Erroneously numbered paragraph 130 in the ACAC] Defendant denies the allegations in paragraph 133.

134. [Erroneously numbered paragraph 131 in the ACAC] Defendant denies the allegations in paragraph 134.

135. [Erroneously numbered paragraph 132 in the ACAC] Defendant denies the allegations in paragraph 135.

136. [Erroneously numbered paragraph 133 in the ACAC] Defendant denies the allegations in paragraph 136.

**E. Defendant's Tracking Technologies Disseminate Patents' [sic] Patient Information from Defendant's Online Properties**

**a. Disclosures from Website Service Pages and Search-Bar Queries**

137. [Erroneously numbered paragraph 124 in the ACAC] Defendant denies the allegations in paragraph 137.

138. [Erroneously numbered paragraph 125 in the ACAC] Defendant denies the allegations in paragraph 138.

139. [Erroneously numbered paragraph 126 in the ACAC] Defendant admits that its website offers patients the option of selecting various types of services. Defendant otherwise denies the allegations in paragraph 139.

140. [Erroneously numbered paragraph 127 in the ACAC] Defendant states that the figures depicted or referenced in paragraph 140 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant admits that in some categories of services, a User can select specific conditions. Defendant otherwise denies the allegations in paragraph 140.

141. [Erroneously numbered paragraph 128 in the ACAC] Defendant states that any figures depicted or referenced in paragraph 141 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant denies the allegations in paragraph 141.

142. [Erroneously numbered paragraph 129 in the ACAC] Defendant states that the figures depicted or referenced in paragraph 142 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant otherwise denies the allegations in paragraph 142.

143. [Erroneously numbered paragraph 130 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any document or illustration referenced in

paragraph 143, those documents speak for themselves. Defendant denies any characterization inconsistent with their full content. Defendant otherwise denies the allegations in paragraph 143.

144. [Erroneously numbered paragraph 131 in the ACAC] Defendant denies the allegations in paragraph 144.

145. [Erroneously numbered paragraph 132 in the ACAC] Defendant denies the allegations in paragraph 145.

146. [Erroneously numbered paragraph 133 in the ACAC] Defendant denies the allegations in paragraph 146.

147. [Erroneously numbered paragraph 134 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 147 regarding the functionality of the fr cookie as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 147.

148. [Erroneously numbered paragraph 135 in the ACAC] Defendant denies the allegations in paragraph 148.

149. [Erroneously numbered paragraph 136 in the ACAC] Defendant denies the allegations in paragraph 149.

150. [Erroneously numbered paragraph 137 in the ACAC] Defendant denies the allegations in paragraph 150.

151. [Erroneously numbered paragraph 138 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 151 regarding plaintiffs' counsel's research or the specific configuration of the Meta Pixel as described in this paragraph, and therefore denies them. Defendant denies the remainder of the allegations in paragraph 151.

152. [Erroneously numbered paragraph 139 in the ACAC] Defendant admits that it used Google Analytics on its website. Defendant denies that it transmitted patients' Private Information to Google or any additional third parties. Defendant otherwise denies the remaining allegations in paragraph 152.

**b. Disclosures from www.citymd.com's Appointment-Scheduling Flow**

153. [Erroneously numbered paragraph 140 in the ACAC] Defendant denies the allegations in paragraph 153.

154. [Erroneously numbered paragraph 141 in the ACAC] Defendant denies the allegations in paragraph 154.

155. [Erroneously numbered paragraph 142 in the ACAC] Defendant denies the allegations in paragraph 155.

156. [Erroneously numbered paragraph 143 in the ACAC] Defendant denies the allegations in paragraph 156.

157. [Erroneously numbered paragraph 144 in the ACAC] Defendant denies the allegations in paragraph 157.

158. [Erroneously numbered paragraph 145 in the ACAC] Defendant states that the figures and payloads depicted in paragraph 158 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant otherwise denies the allegations in paragraph 158.

159. [Erroneously numbered paragraph 124 in the ACAC] Defendant states that the figures depicted or referenced in paragraph 159 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant otherwise denies the allegations in paragraph 159.

160. [Erroneously numbered paragraph 125 in the ACAC] Defendant states that the figures depicted or referenced in paragraph 160 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant otherwise denies the allegations in paragraph 160.

161. [Erroneously numbered paragraph 126 in the ACAC] Defendant states that the figures depicted or referenced in paragraph 161 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant otherwise denies the allegations in paragraph 161.

162. [Erroneously numbered paragraph 127 in the ACAC] Defendant states that any figures depicted or referenced in paragraph 162 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant otherwise denies the allegations in paragraph 162.

163. [Erroneously numbered paragraph 128 in the ACAC] Defendant denies the allegations in paragraph 163.

**c. Disclosures from app.summithealth.com, Including the Password-Protected Account-Signup and Appointment-Scheduling Flow**

164. [Erroneously numbered paragraph 129 in the ACAC] Defendant admits that it operates the integrated appointment-scheduling web application accessible at app.summithealth.com (currently app.citymd.com) which supports both regular and virtual appointment scheduling and which patients access by signing up for an account (authenticating) using their CityMD credentials, which Users can access via the “Get virtual care,” “Get Care Now” and “Virtual care” links on the Website.

165. [Erroneously numbered paragraph 130 in the ACAC] Defendant states that any figures depicted or referenced in paragraph 165 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant denies the allegations in paragraph 165.

166. [Erroneously numbered paragraph 131 in the ACAC] Defendant states that any figures depicted or referenced in paragraph 166 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant otherwise denies the allegations in paragraph 166.

167. [Erroneously numbered paragraph 132 in the ACAC] Defendant states that any figures depicted or referenced in paragraph 167 speak for themselves, and denies any characterization of those materials inconsistent therewith. Defendant denies the allegations in paragraph 167.

168. [Erroneously numbered paragraph 133 in the ACAC] Defendant denies the allegations in paragraph 168.

## G. Defendant's Conduct Is Unlawful and Violated its own Privacy Policy and Industry Norms.

### *i. Defendant Violated its own Privacy Policy.*

169. [Erroneously numbered paragraph 134 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's privacy policy referenced in paragraph 169, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant denies the remainder of the allegations in paragraph 169.

170. [Erroneously numbered paragraph 135 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's website privacy policy referenced in paragraph 170, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 170.

171. [Erroneously numbered paragraph 136 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's privacy policy referenced in paragraph 171, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 171.

172. [Erroneously numbered paragraph 137 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's privacy policy referenced in paragraph 172, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 172.

173. [Erroneously numbered paragraph 138 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's privacy policy referenced in paragraph 173, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 173.

174. [Erroneously numbered paragraph 139 in the ACAC] Defendant denies the allegations in paragraph 174.

175. [Erroneously numbered paragraph 140 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's privacy policy referenced in paragraph 175, that document speaks for itself. Defendant denies any characterization of the document inconsistent with its full text. Defendant otherwise denies the remaining allegations in paragraph 175.

176. [Erroneously numbered paragraph 141 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of Defendant's privacy policy referenced in paragraph 176, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant otherwise denies the allegations in paragraph 176.

177. [Erroneously numbered paragraph 142 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of Defendant's privacy policy referenced in paragraph 177, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 177. Defendant otherwise denies the allegations in paragraph 177.

178. [Erroneously numbered paragraph 143 in the ACAC] Paragraph 178 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 178. Defendant otherwise denies the allegations in paragraph 178.

179. [Erroneously numbered paragraph 144 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's Notice of Privacy Practices referenced in paragraph 179, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 179.

180. [Erroneously numbered paragraph 145 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's Notice of Privacy Practices referenced in paragraph 180, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 180.

181. [Erroneously numbered paragraph 146 in the ACAC] Defendant denies the allegations in paragraph 181.

182. [Erroneously numbered paragraph 147 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's Notice of Privacy Practices referenced in paragraph 182, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 182.

183. [Erroneously numbered paragraph 148 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of defendant's Notice of Privacy Practices referenced in paragraph 183, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 183.

***ii. Defendant Violated HIPAA Standards.***

184. [Erroneously numbered paragraph 149 in the ACAC] Paragraph 184 contains legal conclusions to which no response is required.

185. [Erroneously numbered paragraph 150 in the ACAC] Paragraph 185 contains legal conclusions to which no response is required. To the extent that plaintiffs purport to characterize or plead the contents of any statute or regulation referenced in paragraph 185, those documents speak for themselves. Defendant denies any characterization inconsistent with their full text.

186. [Erroneously numbered paragraph 151 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any statute or regulation referenced in paragraph 186, those documents speak for themselves. Defendant denies any characterization inconsistent with their full text.

187. [Erroneously numbered paragraph 152 in the ACAC] The regulatory text referenced in paragraph 187 speaks for itself. Defendant denies any characterization inconsistent with its full text.

188. [Erroneously numbered paragraph 153 in the ACAC] The regulatory text referenced in paragraph 188 speaks for itself. Defendant denies any characterization inconsistent with its full text.

189. [Erroneously numbered paragraph 154 in the ACAC] The statutory text referenced in paragraph 189 speaks for itself. Defendant denies any characterization inconsistent with its full text.

190. [Erroneously numbered paragraph 155 in the ACAC] The statutory text referenced in paragraph 190 speaks for itself. Defendant denies any characterization inconsistent with its full text.

191. [Erroneously numbered paragraph 156 in the ACAC] Defendant denies the allegations in paragraph 191.

192. [Erroneously numbered paragraph 157 in the ACAC] Paragraph 192 contains legal conclusions to which no response is required. The statutory text referenced in paragraph 192 speaks for itself. Defendant denies any characterization inconsistent with its full text.

193. [Erroneously numbered paragraph 158 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any HHS guidance referenced in paragraph 193, that document speaks for itself. Defendant denies any characterization inconsistent with its full text.

194. [Erroneously numbered paragraph 159 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any HHS guidance referenced in paragraph 194,

that document speaks for itself. Defendant denies any characterization inconsistent with its full text.

195. [Erroneously numbered paragraph 160 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any OCR bulletin referenced in paragraph 195, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant notes that the referenced OCR bulletin has been vacated and overturned. *Becerra*, 738 F. Supp. 3d 780. Defendant otherwise denies the allegations in paragraph 195.

196. [Erroneously numbered paragraph 161 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any OCR bulletin referenced in paragraph 196, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant notes that the referenced OCR bulletin has been vacated and overturned. *Becerra*, 738 F. Supp. 3d 780. Defendant otherwise denies the allegations in paragraph 196.

197. [Erroneously numbered paragraph 162 in the ACAC] Defendant denies the allegations in paragraph 197.

**H. Plaintiffs' and Class Members' Reasonable Expectation of Privacy.**

198. [Erroneously numbered paragraph 163 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 198 regarding what Ps and Class Members were aware of when they sought medical services, and therefore denies them. Defendant otherwise denies the allegations in paragraph 198.

199. [Erroneously numbered paragraph 164 in the ACAC] Defendant denies the allegations in paragraph 199.

200. [Erroneously numbered paragraph 165 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 200

regarding the privacy polls and studies referenced in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 200.

201. [Erroneously numbered paragraph 166 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Consumer Reports study referenced in paragraph 201, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant otherwise denies the allegations in paragraph 201.

202. [Erroneously numbered paragraph 167 in the ACAC] Paragraph 202 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 202.

203. [Erroneously numbered paragraph 168 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 203 regarding what plaintiffs and Class Members would have done under hypothetical circumstances, and therefore denies them. Defendant otherwise denies the allegations in paragraph 203.

204. [Erroneously numbered paragraph 169 in the ACAC] Defendant denies the allegations in paragraph 204.

**J. CityMD Was Enriched and Benefitted from the Use of the Tracking Technologies and Unauthorized Disclosures.**

205. [Erroneously numbered paragraph 170 in the ACAC] Defendant denies the allegations in paragraph 205, including any characterization of Defendant's intent.

206. [Erroneously numbered paragraph 171 in the ACAC] Defendant denies the allegations in paragraph 206.

207. [Erroneously numbered paragraph 172 in the ACAC] Defendant denies the allegations in paragraph 207.

208. [Erroneously numbered paragraph 173 in the ACAC] Defendant admits that retargeting is a form of online marketing. Defendant otherwise denies the allegations in paragraph 208.

209. [Erroneously numbered paragraph 174 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 209, and therefore denies them.

210. [Erroneously numbered paragraph 175 in the ACAC] Defendant denies the allegations in paragraph 210.

211. [Erroneously numbered paragraph 176 in the ACAC] Defendant denies the allegations in paragraph 211.

212. [Erroneously numbered paragraph 177 in the ACAC] Defendant denies the allegations in paragraph 212.

213. [Erroneously numbered paragraph 178 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations concerning warnings by third-party companies referenced in paragraph 213, and therefore denies them. Defendant otherwise denies the allegations in paragraph 213.

214. [Erroneously numbered paragraph 179 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Freshpaint statement referenced in paragraph 214, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 214 regarding the third-party statements referenced in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 214.

215. [Erroneously numbered paragraph 180 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any third-party statement referenced in paragraph 215, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 215 regarding the third-party statements referenced in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 215.

216. [Erroneously numbered paragraph 181 in the ACAC] Defendant denies the allegations in paragraph 216.

**K. Plaintiffs' and Class Members' Private Information Had Financial Value.**

217. [Erroneously numbered paragraph 182 in the ACAC] Defendant denies the allegations in paragraph 217.

218. [Erroneously numbered paragraph 183 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 218 regarding Facebook's use of data to create Core and Custom Audiences or Lookalike Audiences as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 218.

219. [Erroneously numbered paragraph 184 in the ACAC] Defendant denies the allegations in paragraph 219.

220. [Erroneously numbered paragraph 185 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any academic article or third-party publication referenced in paragraph 220, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 220 regarding the statements

referenced in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 220.

221. [Erroneously numbered paragraph 186 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any report referenced in paragraph 221, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 221 regarding the report's findings, and therefore denies them. Defendant otherwise denies the allegations in paragraph 221.

222. [Erroneously numbered paragraph 187 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any report referenced in paragraph 222, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 222 regarding the report's findings, and therefore denies them. Defendant otherwise denies the allegations in paragraph 222.

223. [Erroneously numbered paragraph 188 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any a CNBC article referenced in paragraph 223, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 223 regarding the article's statements, and therefore denies them. Defendant otherwise denies the allegations in paragraph 223.

224. [Erroneously numbered paragraph 189 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any Time Magazine article referenced in paragraph 224, that document speaks for itself. Defendant denies any characterization inconsistent with its

full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 224 regarding the article's statements, and therefore denies them. Defendant otherwise denies the allegations in paragraph 224.

225. [Erroneously numbered paragraph 190 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any article or publication referenced in paragraph 225, that document speaks for itself. Defendant denies any characterization inconsistent with its full text. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 225 regarding the statements referenced in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 225.

226. [Erroneously numbered paragraph 191 in the ACAC] To the extent that plaintiffs purport to characterize or plead the contents of any judicial decision or other document referenced in paragraph 226, those documents speak for themselves. Defendant denies any characterization inconsistent with their full text. Paragraph 226 also contains legal conclusions to which no response is required. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 226 regarding the market for personal data as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 226.

227. [Erroneously numbered paragraph 192 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 227 regarding the economic value of data or the existence of market exchanges as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 227.

228. [Erroneously numbered paragraph 193 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 228

regarding the products or practices of the companies referenced in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 228.

229. [Erroneously numbered paragraph 194 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 229 regarding Facebook's "Facebook Research" app or its practices as described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 229.

230. [Erroneously numbered paragraph 195 in the ACAC] Paragraph 230 contains legal conclusions to which no response is required. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 230 regarding the value of healthcare data on the black market as described in this paragraph, and therefore denies them.

231. [Erroneously numbered paragraph 196 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 231 regarding the rates or markets described in this paragraph, and therefore denies them. Defendant otherwise denies the allegations in paragraph 231.

232. [Erroneously numbered paragraph 197 in the ACAC] Defendant denies the allegations in paragraph 232.

233. [Erroneously numbered paragraph 198 in the ACAC] Defendant denies the allegations in paragraph 233.

234. [Erroneously numbered paragraph 199 in the ACAC] Defendant denies the allegations in paragraph 234.

235. [Erroneously numbered paragraph 200 in the ACAC] Defendant denies the allegations in paragraph 235.

## REPRESENTATIVE PLAINTIFFS' EXPERIENCES

***PLAINTIFF V.A.***

236. [Erroneously numbered paragraph 201 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 236 and therefore denies the allegations in paragraph 236.

237. [Erroneously numbered paragraph 202 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 237 regarding how plaintiff V.A. accessed or used defendant's online properties, and therefore denies them. Defendant otherwise denies the allegations in paragraph 237.

238. [Erroneously numbered paragraph 203 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 238 regarding how plaintiff V.A. used defendant's services, including whether she requested or booked appointments or accessed the patient portal, and therefore denies them. Defendant otherwise denies the allegations in paragraph 238.

239. [Erroneously numbered paragraph 204 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 239 regarding whether plaintiff V.A. maintains or accesses a LinkedIn account, and therefore denies them.

240. [Erroneously numbered paragraph 205 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 240, and therefore denies them. Defendant denies that it transmitted, intercepted, or disclosed any private information or PHI to any third party. Defendant otherwise denies the allegations in paragraph 240.

241. [Erroneously numbered paragraph 206 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 241 regarding the specific communications or searches plaintiff V.A. made on defendant's website, and therefore denies them. Defendant otherwise denies the allegations in paragraph 241.

242. [Erroneously numbered paragraph 207 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 242 regarding whether plaintiff V.A. maintains or accesses Facebook, Google, LinkedIn, or Microsoft accounts, and therefore denies them. Defendant otherwise denies the allegations in paragraph 242.

243. [Erroneously numbered paragraph 208 in the ACAC] Defendant denies the allegations in paragraph 243.

244. [Erroneously numbered paragraph 209 in the ACAC] Defendant denies the allegations in paragraph 244.

245. [Erroneously numbered paragraph 210 in the ACAC] Defendant denies the allegations in paragraph 245.

246. [Erroneously numbered paragraph 211 in the ACAC] Defendant denies the allegations in paragraph 246.

247. [Erroneously numbered paragraph 212 in the ACAC] Defendant denies the allegations in paragraph 247.

248. [Erroneously numbered paragraph 213 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 248 regarding what targeted ads plaintiff V.A. received on Facebook or Instagram, and therefore denies them. Defendant otherwise denies the allegations in paragraph 248.

249. [Erroneously numbered paragraph 214 in the ACAC] Defendant denies the allegations in paragraph 249.

250. [Erroneously numbered paragraph 215 in the ACAC] Defendant denies the allegations in paragraph 250.

251. [Erroneously numbered paragraph 216 in the ACAC] Defendant denies the allegations in paragraph 251.

***PLAINTIFF T.G.***

252. [Erroneously numbered paragraph 217 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 252, and therefore denies them.

253. [Erroneously numbered paragraph 218 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 253 regarding how plaintiff T.G. accessed or used defendant's online properties, and therefore denies them. Defendant otherwise denies the allegations in paragraph 253.

254. [Erroneously numbered paragraph 219 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 254 regarding how plaintiff T.G. used defendant's services, including whether she requested or booked appointments, and therefore denies them. Defendant otherwise denies the allegations in paragraph 254.

255. [Erroneously numbered paragraph 220 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 255 regarding what plaintiff T.G. searched for or viewed on defendant's website, and therefore denies them. Defendant otherwise denies the allegations in paragraph 255.

256. [Erroneously numbered paragraph 221 in the ACAC] Defendant denies the allegations in paragraph 256.

257. [Erroneously numbered paragraph 222 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 257 regarding whether plaintiff T.G. maintains or accesses Facebook or Google accounts, and therefore denies them. Defendant otherwise denies the allegations in paragraph 257.

258. [Erroneously numbered paragraph 223 in the ACAC] Defendant denies the allegations in paragraph 258.

259. [Erroneously numbered paragraph 224 in the ACAC] Defendant denies the allegations in paragraph 259.

260. [Erroneously numbered paragraph 225 in the ACAC] Defendant denies the allegations in paragraph 260.

261. [Erroneously numbered paragraph 226 in the ACAC] Defendant denies the allegations in paragraph 261.

262. [Erroneously numbered paragraph 227 in the ACAC] Defendant denies the allegations in paragraph 262.

263. [Erroneously numbered paragraph 228 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 263 regarding what targeted ads plaintiff T.G. received on Facebook or Instagram, and therefore denies them. Defendant otherwise denies the allegations in paragraph 263.

264. [Erroneously numbered paragraph 229 in the ACAC] Defendant denies the allegations in paragraph 264.

265. [Erroneously numbered paragraph 230 in the ACAC] Defendant denies the allegations in paragraph 265.

266. [Erroneously numbered paragraph 231 in the ACAC] Defendant denies the allegations in paragraph 266.

***PLAINTIFF ANISIMOVA***

267. [Erroneously numbered paragraph 232 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 267 and therefore denies the allegations in paragraph 267.

268. [Erroneously numbered paragraph 233 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 268 regarding how plaintiff Anisimova used CityMD's online properties in connection with her appointment, and therefore denies them. Defendant otherwise denies the allegations in paragraph 268.

269. [Erroneously numbered paragraph 234 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 269 regarding whether plaintiff Anisimova maintains or accesses a LinkedIn account, and therefore denies them. Defendant otherwise denies the allegations in paragraph 269.

270. [Erroneously numbered paragraph 235 in the ACAC] Defendant denies the allegations in paragraph 270.

271. [Erroneously numbered paragraph 236 in the ACAC] Defendant denies the allegations in paragraph 271.

272. [Erroneously numbered paragraph 237 in the ACAC] Defendant denies the allegations in paragraph 272.

273. [Erroneously numbered paragraph 238 in the ACAC] Defendant denies the allegations in paragraph 273.

274. [Erroneously numbered paragraph 239 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 274 regarding what targeted advertisements plaintiff Anisimova received, and therefore denies them. Defendant otherwise denies the allegations in paragraph 274.

275. [Erroneously numbered paragraph 240 in the ACAC] Defendant denies the allegations in paragraph 275.

276. [Erroneously numbered paragraph 241 in the ACAC] Defendant denies the allegations in paragraph 276.

## TOLLING

277. [Erroneously numbered paragraph 242 in the ACAC] Paragraph 277 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 277.

## CLASS ACTION ALLEGATIONS

278. [Erroneously numbered paragraph 243 in the ACAC] Paragraph 278 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 278.

279. [Erroneously numbered paragraph 244 in the ACAC] Paragraph 279 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 279.

280. [Erroneously numbered paragraph 245 in the ACAC] Paragraph 280 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 280.

281. [Erroneously numbered paragraph 246 in the ACAC] Paragraph 281 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 281.

282. [Erroneously numbered paragraph 247 in the ACAC] Paragraph 282 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 282.

283. [Erroneously numbered paragraph 248 in the ACAC] Paragraph 283 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 283.

284. [Erroneously numbered paragraph 249 in the ACAC] Paragraph 284 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 284.

285. [Erroneously numbered paragraph 250 in the ACAC] Defendant denies the allegations in paragraph 285.

286. [Erroneously numbered paragraph 251 in the ACAC] Defendant denies the allegations in paragraph 286.

287. [Erroneously numbered paragraph 252 in the ACAC] Defendant denies the allegations in paragraph 287.

288. [Erroneously numbered paragraph 253 in the ACAC] Defendant denies the allegations in paragraph 288.

289. [Erroneously numbered paragraph 254 in the ACAC] Defendant denies the allegations in paragraph 289.

290. [Erroneously numbered paragraph 255 in the ACAC] Defendant denies the allegations in paragraph 290.

291. [Erroneously numbered paragraph 256 in the ACAC] Defendant denies the allegations in paragraph 291.

292. [Erroneously numbered paragraph 257 in the ACAC] Defendant denies the allegations in paragraph 292.

293. [Erroneously numbered paragraph 258 in the ACAC] Defendant denies the allegations in paragraph 293.

294. [Erroneously numbered paragraph 259 in the ACAC] Defendant denies the allegations in paragraph 294.

295. [Erroneously numbered paragraph 260 in the ACAC] Defendant denies the allegations in paragraph 295.

## CAUSES OF ACTION

## COUNT I

### VIOLATIONS OF ELECTRONIC COMMUNICATIONS PRIVACY ACT
### 18 U.S.C. § 2511(1), *et seq.*
### UNAUTHORIZED INTERCEPTION, USE AND DISCLOSURE
### (*On Behalf of Plaintiffs & the Nationwide Class*)

296. [Erroneously numbered paragraph 261 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

297. [Erroneously numbered paragraph 262 in the ACAC] The statutory text referenced in paragraph 297 speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 297.

298. [Erroneously numbered paragraph 263 in the ACAC] Paragraph 298 contains legal conclusions to which no response is required. Defendant denies any characterization inconsistent with its full text. To the extent a response is required, defendant denies the allegations in paragraph 298.

299. [Erroneously numbered paragraph 264 in the ACAC] The statutory text referenced in paragraph 299 speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 299.

300. [Erroneously numbered paragraph 265 in the ACAC] Paragraph 300 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 300.

301. [Erroneously numbered paragraph 266 in the ACAC] Paragraph 301 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 301.

302. [Erroneously numbered paragraph 267 in the ACAC] The statutory text referenced in paragraph 302 speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 302.

303. [Erroneously numbered paragraph 268 in the ACAC] The statutory text referenced in paragraph 303 speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 303.

304. [Erroneously numbered paragraph 269 in the ACAC] The statutory text referenced in paragraph 304 speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 304.

305. [Erroneously numbered paragraph 270 in the ACAC] The statutory text referenced in paragraph 305 speaks for itself. Defendant denies any characterization inconsistent with its full text. To the extent a further response is required, defendant denies the allegations in paragraph 305.

306. [Erroneously numbered paragraph 271 in the ACAC] Paragraph 306 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 306. Defendant otherwise denies the allegations in paragraph 306.

307. [Erroneously numbered paragraph 272 in the ACAC] Defendant denies the allegations in paragraph 307.

308. [Erroneously numbered paragraph 273 in the ACAC] Defendant denies the allegations in paragraph 308.

309. [Erroneously numbered paragraph 274 in the ACAC] Defendant denies the allegations in paragraph 309.

310. [Erroneously numbered paragraph 275 in the ACAC] Defendant denies the allegations in paragraph 310.

311. [Erroneously numbered paragraph 276 in the ACAC] Defendant denies the allegations in paragraph 311.

312. [Erroneously numbered paragraph 277 in the ACAC] Defendant denies the allegations in paragraph 312.

313. [Erroneously numbered paragraph 278 in the ACAC] Defendant denies the allegations in paragraph 313.

314. [Erroneously numbered paragraph 279 in the ACAC] Defendant denies the allegations in paragraph 314.

315. [Erroneously numbered paragraph 280 in the ACAC] Paragraph 315 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 314. Defendant otherwise denies the allegations in paragraph 315.

316. [Erroneously numbered paragraph 281 in the ACAC] Defendant denies the allegations in paragraph 316.

317. [Erroneously numbered paragraph 282 in the ACAC] Defendant denies the allegations in paragraph 317.

318. [Erroneously numbered paragraph 283 in the ACAC] Defendant denies the allegations in paragraph 318.

319. [Erroneously numbered paragraph 284 in the ACAC] Defendant denies the allegations in paragraph 319.

320. [Erroneously numbered paragraph 285 in the ACAC] Defendant denies the allegations in paragraph 320.

321. [Erroneously numbered paragraph 286 in the ACAC] Defendant denies the allegations in paragraph 321.

322. [Erroneously numbered paragraph 287 in the ACAC] Defendant denies the allegations in paragraph 322.

323. [Erroneously numbered paragraph 288 in the ACAC] The statutory text referenced in paragraph 323 speaks for itself. Defendant denies any characterization inconsistent with its full

text. To the extent a further response is required, defendant denies the allegations in paragraph 323.

324. [Erroneously numbered paragraph 289 in the ACAC] Defendant denies the allegations in paragraph 324.

325. [Erroneously numbered paragraph 290 in the ACAC] Defendant denies the allegations in paragraph 325.

326. [Erroneously numbered paragraph 291 in the ACAC] Defendant denies the allegations in paragraph 326.

327. [Erroneously numbered paragraph 292 in the ACAC] Defendant denies the allegations in paragraph 327.

328. [Erroneously numbered paragraph 293 in the ACAC] Defendant denies the allegations in paragraph 328.

329. [Erroneously numbered paragraph 294 in the ACAC] Defendant denies the allegations in paragraph 329.

330. [Erroneously numbered paragraph 295 in the ACAC] Defendant denies the allegations in paragraph 330.

331. [Erroneously numbered paragraph 296 in the ACAC] Defendant denies the allegations in paragraph 331.

332. [Erroneously numbered paragraph 297 in the ACAC] Defendant denies the allegations in paragraph 332.

333. [Erroneously numbered paragraph 299 in the ACAC] Defendant denies the allegations in paragraph 333 including any allegation that plaintiffs are entitled to recovery of any damages.

## COUNT II

### BREACH OF IMPLIED CONTRACT
**(*on behalf of Plaintiffs & the Nationwide Class, or Alternatively, the New York Subclass*)**

334. [Erroneously numbered paragraph 298 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

335. [Erroneously numbered paragraph 299 in the ACAC] Defendant denies the allegations in paragraph 335.

336. [Erroneously numbered paragraph 300 in the ACAC] Defendant denies the allegations in paragraph 336.

337. [Erroneously numbered paragraph 301 in the ACAC] Defendant denies the allegations in paragraph 337.

338. [Erroneously numbered paragraph 302 in the ACAC] Defendant denies the allegations in paragraph 338.

339. [Erroneously numbered paragraph 303 in the ACAC] Defendant denies the allegations in paragraph 339.

340. [Erroneously numbered paragraph 304 in the ACAC] Defendant denies the allegations in paragraph 340.

341. [Erroneously numbered paragraph 305 in the ACAC] Defendant denies the allegations in paragraph 341.

## COUNT III

**NEGLIGENCE**
**(*on behalf of Plaintiffs & the Nationwide Class, or Alternatively, the New York Subclass*)**

342. [Erroneously numbered paragraph 306 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

343. [Erroneously numbered paragraph 307 in the ACAC] Defendant denies the allegations in paragraph 343.

344. [Erroneously numbered paragraph 308 in the ACAC] Defendant denies the allegations in paragraph 344.

345. [Erroneously numbered paragraph 309 in the ACAC] Defendant denies the allegations in paragraph 345.

346. [Erroneously numbered paragraph 310 in the ACAC] Defendant denies the allegations in paragraph 346.

347. [Erroneously numbered paragraph 311 in the ACAC] Defendant denies the allegations in paragraph 347.

348. [Erroneously numbered paragraph 312 in the ACAC] Defendant denies the allegations in paragraph 348.

## COUNT IV

**BREACH OF CONFIDENCE**
**(*on behalf of Plaintiffs & the Nationwide Class, or Alternatively, the New York Subclass*)**

349. [Erroneously numbered paragraph 313 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

350. [Erroneously numbered paragraph 314 in the ACAC] Paragraph 350 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies that it breached any duty or obligation.

351. [Erroneously numbered paragraph 315 in the ACAC] Defendant denies the allegations in paragraph 351.

352. [Erroneously numbered paragraph 316 in the ACAC] Defendant denies the allegations in paragraph 352.

353. [Erroneously numbered paragraph 317 in the ACAC] Defendant denies the allegations in paragraph 353.

354. [Erroneously numbered paragraph 318 in the ACAC] Defendant denies the allegations in paragraph 354.

355. [Erroneously numbered paragraph 319 in the ACAC] Defendant denies the allegations in paragraph 355.

## COUNT V

## CONSTRUCTIVE BAILMENT
**(*On behalf of Plaintiffs & the Nationwide Class, or Alternatively, the New York Subclass*)**

356. [Erroneously numbered paragraph 320 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

357. [Erroneously numbered paragraph 321 in the ACAC] Defendant denies the allegations in paragraph 357.

358. [Erroneously numbered paragraph 322 in the ACAC] Defendant denies the allegations in paragraph 358.

359. [Erroneously numbered paragraph 323 in the ACAC] Defendant denies the allegations in paragraph 359.

360. [Erroneously numbered paragraph 324 in the ACAC] Defendant denies the allegations in paragraph 360.

361. [Erroneously numbered paragraph 325 in the ACAC] Paragraph 361 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 361.

362. [Erroneously numbered paragraph 326 in the ACAC] Defendant denies the allegations in paragraph 362.

363. [Erroneously numbered paragraph 327 in the ACAC] Defendant denies the allegations in paragraph 363.

364. [Erroneously numbered paragraph 328 in the ACAC] Defendant denies the allegations in paragraph 364.

## COUNT VI

### VIOLATION OF NEW YORK GENERAL BUSINESS LAW § 349
### (***On Behalf of Plaintiffs & the New York Subclass***)

365. [Erroneously numbered paragraph 329 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

366. [Erroneously numbered paragraph 330 in the ACAC] Defendant denies the allegations in paragraph 366.

367. [Erroneously numbered paragraph 331 in the ACAC] Defendant denies the allegations in paragraph 367.

368. [Erroneously numbered paragraph 332 in the ACAC] Defendant denies the allegations in paragraph 368.

369. [Erroneously numbered paragraph 333 in the ACAC] Defendant denies the allegations in paragraph 369.

370. [Erroneously numbered paragraph 334 in the ACAC] Defendant denies the allegations in paragraph 370.

371. [Erroneously numbered paragraph 335 in the ACAC] Defendant denies the allegations in paragraph 371.

372. [Erroneously numbered paragraph 336 in the ACAC] Defendant denies the allegations in paragraph 372.

373. [Erroneously numbered paragraph 337 in the ACAC] Defendant denies the allegations in paragraph 373.

374. [Erroneously numbered paragraph 338 in the ACAC] Defendant denies the allegations in paragraph 374.

375. [Erroneously numbered paragraph 339 in the ACAC] Defendant denies the allegations in paragraph 375.

376. [Erroneously numbered paragraph 340 in the ACAC] Defendant denies the allegations in paragraph 376.

377. [Erroneously numbered paragraph 341 in the ACAC] Defendant denies the allegations in paragraph 377.

378. [Erroneously numbered paragraph 342 in the ACAC] Defendant denies the allegations in paragraph 378.

379. [Erroneously numbered paragraph 343 in the ACAC] Defendant denies the allegations in paragraph 379.

380. [Erroneously numbered paragraph 344 in the ACAC] Defendant denies the allegations in paragraph 380.

381. [Erroneously numbered paragraph 345 in the ACAC] Defendant denies the allegations in paragraph 381.

**COUNT VII**
**INVASION OF PRIVACY – INTRUSION UPON SECLUSION**
**(*On behalf of Plaintiffs & the Nationwide Class, or Alternatively, the New York Subclass*)**

382. [Erroneously numbered paragraph 346 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

383. [Erroneously numbered paragraph 347 in the ACAC] Paragraph 383 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 383.

384. [Erroneously numbered paragraph 348 in the ACAC] Defendant denies the allegations in paragraph 384.

385. [Erroneously numbered paragraph 349 in the ACAC] Defendant denies the allegations in paragraph 385.

386. [Erroneously numbered paragraph 350 in the ACAC] Defendant denies the allegations in paragraph 386.

387. [Erroneously numbered paragraph 351 in the ACAC] Defendant denies the allegations in paragraph 387.

388. [Erroneously numbered paragraph 352 in the ACAC] Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations concerning established

norms, polls, and studies referenced in paragraph 388, and therefore denies them. Defendant otherwise denies the allegations in paragraph 388.

389. [Erroneously numbered paragraph 353 in the ACAC] Defendant denies the allegations in paragraph 389.

390. [Erroneously numbered paragraph 354 in the ACAC] Defendant denies the allegations in paragraph 390.

391. [Erroneously numbered paragraph 355 in the ACAC] Defendant denies the allegations in paragraph 391.

392. [Erroneously numbered paragraph 356 in the ACAC] Paragraph 392 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 392.

393. [Erroneously numbered paragraph 357 in the ACAC] Defendant denies the allegations in paragraph 393.

394. [Erroneously numbered paragraph 358 in the ACAC] Paragraph 394 is a mere statement of the case to which no response is required. To the extent a response is required, defendant denies that plaintiffs are entitled to any relief.

**COUNT VIII**
**UNJUST ENRICHMENT**
**(*On behalf of Plaintiffs & the Nationwide Class*)**

395. [Erroneously numbered paragraph 359 in the ACAC] Defendant repeats and realleges each and every response set forth above with the same force and effect as if fully set forth herein.

396. [Erroneously numbered paragraph 360 in the ACAC] Paragraph 396 contains legal conclusions to which no response is required. To the extent a response is required, defendant denies the allegations in paragraph 396.

397. [Erroneously numbered paragraph 361 in the ACAC] Defendant denies the allegations in paragraph 397.

398. [Erroneously numbered paragraph 362 in the ACAC] Defendant denies the allegations in paragraph 398.

399. [Erroneously numbered paragraph 363 in the ACAC] Defendant denies the allegations in paragraph 399.

400. [Erroneously numbered paragraph 364 in the ACAC] Defendant denies the allegations in paragraph 400.

401. [Erroneously numbered paragraph 365 in the ACAC] Defendant denies the allegations in paragraph 401.

402. [Erroneously numbered paragraph 366 in the ACAC] Defendant denies the allegations in paragraph 402.

403. [Erroneously numbered paragraph 367 in the ACAC] Defendant denies the allegations in paragraph 403.

404. [Erroneously numbered paragraph 368 in the ACAC] Defendant denies the allegations in paragraph 404.

405. [Erroneously numbered paragraph 369 in the ACAC] Defendant denies the allegations in paragraph 405.

406. [Erroneously numbered paragraph 370 in the ACAC] Defendant denies the allegations in paragraph 406.

## PRAYER FOR RELIEF

407. The Prayer for Relief set forth in paragraph 407 contains legal conclusions and a request for relief to which no response is required. To the extent a response is required, defendant

denies that plaintiffs or any member of the putative classes is entitled to any of the relief requested in paragraph 407, or to any relief whatsoever.

**DEMAND FOR JURY TRIAL**

408. Paragraph 408 constitutes a jury demand to which no response is required.

**AFFIRMATIVE DEFENSES**

By way of further response, defendant asserts the following affirmative and other defenses without assuming the burden of proof on any issue where that burden properly rests with plaintiffs. Defendant reserves the right to amend or supplement these defenses as discovery proceeds and additional facts become known.

**FIRST AFFIRMATIVE DEFENSE**
**(FAILURE TO STATE A CLAIM)**

Plaintiffs' Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**
**(LACHES)**

Defendant alleges that plaintiffs are barred by the doctrine of laches from asserting all of the claims in the ACAC in that plaintiffs have unreasonably delayed bringing this action, and such delay has caused prejudice to defendant.

**THIRD AFFIRMATIVE DEFENSE**
**(ESTOPPEL)**

Defendant alleges that plaintiffs' claims in the ACAC are barred by the doctrines of collateral and/or equitable estoppel.

**FOURTH AFFIRMATIVE DEFENSE**
**(WAIVER)**

Defendant alleges that the claims in the ACAC are barred by the doctrine of waiver.

**FIFTH AFFIRMATIVE DEFENSE**
**(CONSENT)**

Each purported claim in the ACAC is barred because plaintiffs acknowledged, consented to, or acquiesced in the alleged acts or omissions, if any, of defendant.

**SIXTH AFFIRMATIVE DEFENSE**
**(UNCLEAN HANDS)**

Plaintiff's ACAC seeks relief that is barred by the doctrine of unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**
**(STATUTE OF LIMITATIONS)**

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

**EIGHTH AFFIRMATIVE DEFENSE**
**(ABSTENTION)**

Defendant alleges that plaintiffs' claims should be denied under the doctrine of equitable abstention.

**NINTH AFFIRMATIVE DEFENSE**
**(FAILURE OF CONSIDERATION)**

Defendant alleges that plaintiffs' claims should be denied as there was no consideration supporting any alleged contract or contractual relationship.

**TENTH AFFIRMATIVE DEFENSE**
**(FAILURE TO JOIN NECESSARY PARTIES)**

Defendant alleges that plaintiffs' claims should be denied as they have failed to join necessary parties.

**RESERVATION OF RIGHTS**

Defendant expressly reserves the right to assert additional affirmative defenses as they become known through the course of discovery and the further development of this litigation.

**REQUEST FOR RELIEF**

**WHEREFORE**, defendant prays for judgment as follows:

1. Dismiss the ACAC in its entirety with prejudice;

2. Plaintiffs take nothing by way of the complaint and that judgment be rendered in favor of defendant;

3. Deny class certification;

4. Award defendant its costs and disbursements incurred in defending this action, including reasonable attorneys' fees to the extent permitted by applicable law; and

5. That defendant be awarded such other and further relief as the Court may deem appropriate.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, defendant Summit Health Management, LLC hereby demands that this matter be tried before a jury.

Dated: July 10, 2026

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Mayling C. Blanco*

Mayling C. Blanco
(NJ Bar #4695987)
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212)318-3000
Email: mayling.blanco@nortonrosefulbright.com

Yvonne Puig, *pro hac vice*
98 San Jacinto Boulevard,
Suite 1100,
Austin, TX 78701
Telephone: (512) 536 2450
Email: yvonne.puig@nortonrosefulbright.com

Jeffrey Margulies, *pro hac vice*
Yi (Eva) Yang, *pro hac vice*
555 South Flower Street,
Forty-First Floor,
Los Angeles, CA 90071
Telephone: (213) 892 9311
Email: jeffrey.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

*Attorneys for Defendant,*
*Summit Health Management, LLC*